UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CABRERA,<br><br>  Petitioner,<br><br>  v.<br><br>RON GOODWIN, PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Respondent. | No.  1:20-cv-01738-HBK<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION TO STAY<br><br>(Doc. No. 3) |

Petitioner Omar Cabrera, a state prisoner, has pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 1).  Petitioner paid the filing fee but moves for a stay and abeyance of his petition under *Rhines*.  (Doc. No. 3); *Rhines v. Weber*, 544 U.S. 269 (2005). The Court has not yet directed Respondent to file a response to the Petition.  Prior to ruling on Petitioner's motion, the Court will direct Respondent to respond to Petitioner's motion. Respondent need not address the merits of the Petition in its response to the motion to stay.

**Accordingly**,

Respondent shall file a response to Petitioner's motion to stay (Doc. No. 3) no later than January 25, 2020.

1
2  IT IS SO ORDERED.
3
4  Dated:    January 4, 2021                     _____
                                                 HELENA M. BARCH-KUCHTA
5                                                UNITED STATES MAGISTRATE JUDGE