UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CABRERA,<br><br>   Petitioner,<br><br>  v.<br><br>O'BRIEN BAILEY,<br><br>   Respondent. | 1:20-cv-01738-KES-HBK (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED *IN FORMA PAUERIS* AS MOOT<br><br>(Doc. No. 65) |

  Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section § 2241. On August 4, 2025, petitioner filed an application to proceed in forma pauperis. (Doc. No. 65). On December 9, 2020, the $5.00 filing fee was paid in this action.

  Accordingly, it is here ORDERED:

  Petitioner's application to proceed *in forma pauperis* (Doc. No. 65) is DISREGARDED as moot.

Dated:  August 4, 2025

           */s/ Helena M. Barch-Kuchta*
           HELENA M. BARCH-KUCHTA
           UNITED STATES MAGISTRATE JUDGE