UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR CABRERA,<br><br>           Petitioner,<br><br>     v.<br><br>O'BRIEN BAILEY,<br><br>           Respondent. | 1:20-cv-01738-KES-HBK (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED *IN FORMA PAUERIS* AS MOOT<br><br>(Doc. No. 67) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section § 2241. On August 7, 2025, petitioner filed a second application to proceed *in forma pauperis*.[1] (Doc. No. 67). On December 9, 2020, the $5.00 filing fee was paid in this action.

Accordingly, it is here ORDERED:

Petitioner's application to proceed *in forma pauperis* (Doc. No. 67) is DISREGARDED as moot.

Dated:   August 11, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's first application was filed August 4, 2025, which the Court disregarded. (Doc. Nos. 65, 66). It appears the second application was mailed before Petitioner received the Court's August 4, 2025 Order.

1